LAW OFFICE OF
# JOHN F. CARMAN
666 OLD COUNTRY ROAD
SUITE 501
GARDEN CITY, NEW YORK 11530-2004

JAMES E. NEUMAN
KAREN KERR
*Of Counsel*

(516) 683-3600
TELECOPIER
(516) 683-8410

July 20, 2011

**VIA FAX**
Honorable Jack Weinstein
United States District Judge
225 Cadman Plaza
Brooklyn, NY

Re: United States v. Claire Abdeldaim
Criminal Docket No. 10-663 (JBW)

Dear Judge Weinstein:

I represent Claire Abdeldaim in connection with the above matter. As you know, Ms. Abdeldaim was sentenced to serve three years probation on June 20, 2011. After the sentencing proceeding, Your Honor granted permission for Ms. Abdeldaim to travel to Haiti in order to care for an elderly relative who is apparently nearing death and is in great need of assistance. The scheduled date for return is July 29th 2011.

Ms. Abdeldaim emailed me yesterday and asked that I request an extension of her stay in Haiti until August 6th, 2011. For all of the reasons pertaining to her Aunt's health, as well as, the unavailability of others to care for her during this difficult time, it seems that the request is not an unreasonable one.

AUSA Dean has indicated that her office does no longer wishes to be consulted on these requests. Thank you for your consideration.

Very truly yours,

JOHN F. CARMAN
(JC-7149)

cc: USPO Priori (VIA Fax)

*Granted*
*JW 7/22/11*